## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Beth A. Cohen                                          CHAPTER 7

                    <u>Debtor(s)</u>                      BKY. NO. 20-10215 TPA

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

                               Respectfully submitted,

                               **/s/James C. Warmbrodt, Esquire**
                               James C. Warmbrodt, Esquire
                               Attorney I.D. No. 42524
                               KML Law Group, P.C.
                               BNY Mellon Independence Center
                               701 Market Street, Suite 5000
                               Philadelphia, PA 19106
                               412-430-3594
                               jwarmbrodt@kmllawgroup.com