| Period Start | Period End | Check Date | Check Number | Employee # | SSN | Hours Paid | Net Pay |
|---|---|---|---|---|---|---|---|
| 2/1/2020 | 2/15/2020 | 2/28/2020 | 57831 | 3604 | | 82.82 | $856.82 |

Paid To:
Beth Ann Cohen
309 North Market Street
Apt 8
New Wilmington, PA 16142 US

Employer:
Primary Health Network
100 Shenango Avenue

Sharon, PA 16146

Powered by



| Category | Description | Type | Hours | Rate or % | Amount | Year to Date |
|---|---|---|---|---|---|---|
| Earnings | | | | | | |
| | HOURLY | Regular | 66.82 | 14.50 | 968.89 | 5,022.23 |
| | VACATION PAY | Regular | 16.00 | 14.50 | 232.00 | 406.00 |
| | BENCHMARK | | | | 0.00 | 451.39 |
| Deductions | CRITICAL ILLNES | | | 9.85 | 9.85 | 39.40 |
| | DENTAL | | | 2.18 | 2.18 | 8.72 |
| | GROUP ACCIDENT | | | 4.06 | 4.06 | 16.24 |
| | HOSPITAL 100% | | | 92.93 | 92.93 | 371.72 |
| | OCCUPATION TAX | | | 2.17 | 2.17 | 8.68 |
| | VISION | | | 0.54 | 0.54 | 2.16 |
| Taxes | FIT | | | | 103.73 | 544.05 |
| | MEDICARE | | | | 15.82 | 78.89 |
| | SOC SECURITY | | | | 67.66 | 337.36 |
| | PA SIT | | | | 33.50 | 167.04 |
| | PA4564 | | | | 10.91 | 54.42 |
| | PASUTA EE | | | | 0.72 | 3.53 |
| Accruals/Other | HOSP 100% BENE | | | 246.01 | 246.01 | 984.04 |
| Direct Deposit | Huntington | | | | 856.82 | |

| Current Earnings | Current Deductions | Current Taxes | YTD Earnings | YTD Deductions | YTD Net Pay |
|---|---|---|---|---|---|
| 1,200.89 | 111.73 | 232.34 | 5,879.62 | 446.92 | 4,247.41 |

Page 1 of 1

| Period Start | Period End | Check Date | Check Number | Employee # | SSN | Hours Paid | Net Pay |
|---|---|---|---|---|---|---|---|
| 1/16/2020 | 1/31/2020 | 2/14/2020 | 57259 | 3604 | | 100.82 | $1,399.79 |

Paid To:
Beth Ann Cohen
309 North Market Street
Apt 8
New Wilmington, PA 16142 US

Employer:
Primary Health Network
100 Shenango Avenue

Sharon, PA 16146

Powered by


| Category | Description | Type | Hours | Rate or % | Amount | Year to Date |
|---|---|---|---|---|---|---|
| Earnings | | | | | | |
| | BENCHMARK | Regular | | | 451.39 | 451.39 |
| | HOURLY | Regular | 92.82 | 14.50 | 1,345.89 | 4,053.34 |
| | VACATION PAY | Regular | 8.00 | 14.50 | 116.00 | 174.00 |
| Deductions | CRITICAL ILLNES | | | 9.85 | 9.85 | 29.55 |
| | DENTAL | | | 2.18 | 2.18 | 6.54 |
| | GROUP ACCIDENT | | | 4.06 | 4.06 | 12.18 |
| | HOSPITAL 100% | | | 92.93 | 92.93 | 278.79 |
| | OCCUPATION TAX | | | 2.17 | 2.17 | 6.51 |
| | VISION | | | 0.54 | 0.54 | 1.62 |
| Taxes | FIT | | | | 189.22 | 440.32 |
| | MEDICARE | | | | 26.15 | 63.07 |
| | SOC SECURITY | | | | 111.83 | 269.70 |
| | PA SIT | | | | 55.37 | 133.54 |
| | PA4564 | | | | 18.04 | 43.51 |
| | PASUTA EE | | | | 1.15 | 2.81 |
| Accruals/Other | HOSP 100% BENE | | | 246.01 | 246.01 | 738.03 |
| Direct Deposit | Huntington | | | | 1,399.79 | |

| | Current Earnings | Current Deductions | Current Taxes | YTD Earnings | YTD Deductions | YTD Net Pay |
|---|---|---|---|---|---|---|
| | 1,913.28 | 111.73 | 401.76 | 4,678.73 | 335.19 | 3,390.59 |

Page 1 of 1

| Period Start | Period End | Check Date | Check Number | Entered | Hours Paid | Net Pay |
|---|---|---|---|---|---|---|
| 1/1/2020 | 1/15/2020 | 1/31/2020 | | 03/25/20 15:19 | 91.87 | $956.82 |

Case 20-10215-TPA  Doc 11  Filed 08/25/20  Entered 03/25/20 15:19  Desc Main Document  Page 3 of 3

Paid To:
Beth Ann Cohen
309 North Market Street
Apt 8
New Wilmington, PA 16142 US

Employer:
Primary Health Network
100 Shenango Avenue
Sharon, PA 16146

Powered by

sage

| Category | Description | Type | Hours | Rate or % | Amount | Year to Date |
|---|---|---|---|---|---|---|
| Earnings | | | | | | |
| | HOURLY | Regular | 91.87 | 14.50 | 1,332.12 | 2,707.45 |
| | VACATION PAY | | | | 0.00 | 58.00 |
| Deductions | CRITICAL ILLNES | | | 9.85 | 9.85 | 19.70 |
| | DENTAL | | | 2.18 | 2.18 | 4.36 |
| | GROUP ACCIDENT | | | 4.06 | 4.06 | 8.12 |
| | HOSPITAL 100% | | | 92.93 | 92.93 | 185.86 |
| | OCCUPATION TAX | | | 2.17 | 2.17 | 4.34 |
| | VISION | | | 0.54 | 0.54 | 1.08 |
| Taxes | FIT | | | | 119.48 | 251.10 |
| | MEDICARE | | | | 17.73 | 36.92 |
| | SOC SECURITY | | | | 75.80 | 157.87 |
| | PA SIT | | | | 37.53 | 78.17 |
| | PA4564 | | | | 12.23 | 25.47 |
| | PASUTA EE | | | | 0.80 | 1.66 |
| Accruals/Other | HOSP 100% BENE | | | 246.01 | 246.01 | 492.02 |
| Direct Deposit | Huntington | | | | 956.82 | |

| Current Earnings | Current Deductions | Current Taxes | YTD Earnings | YTD Deductions | YTD Net Pay |
|---|---|---|---|---|---|
| 1,332.12 | 111.73 | 263.57 | 2,765.45 | 223.46 | 1,990.80 |

Page 1 of 1