FILED
6/10/20 1:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Beth A. Cohen <br><br>　　　　　　　　Debtor(s) | |
| M&T Bank <br>　　　　　　　　Movant <br>　　　v. <br>Beth A. Cohen <br>　　　　　　　　Respondent(s) <br>　　　　and <br>Tamera O. Rothschild, Trustee <br>　　　　　　　　Additional Respondent | Bankruptcy Case No. 20-10215-TPA <br><br>CHAPTER 7 <br>Related to Docket # __19__ |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

　　AND NOW, this 10th day of     June   , 2020, upon Motion of M&T Bank, it is

　　**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 411 Blaine Street, New Castle, PA 16101 ("**Property**), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking **the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives** including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge    jlm

Beth A. Cohen
309 North Market Street Apt. 8
Sharon, PA 16146

Paula J. Cialella Esq.
113 North Mercer Street (VIA ECF)
New Castle, PA 16101
paula@cialellalaw.com

Tamera O. Rothschild
318 W. Spring Street
Titusville, PA 16354

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 20-10215-TPA
Beth A. Cohen                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: nsha              Page 1 of 1              Date Rcvd: Jun 10, 2020
                               Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2020.
db              Beth A. Cohen,    309 N Market Street Apt. 8,    Sharon, PA   16146
               +KML Law Group,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2020 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Paula J. Cialella    on behalf of Debtor Beth A. Cohen paula@nypalaw.com, jennie@nypalaw.com;kayann@nypalaw.com
      Tamera Ochs Rothschild    trothschild@gmx.com,  pa70@ecfcbis.com
      Tamera Ochs Rothschild    on behalf of Trustee Tamera Ochs Rothschild trothschild@gmx.com, pa70@ecfcbis.com
                                                                                                       TOTAL: 5