**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Beth A. Cohen**
    Debtor(s)

Bankruptcy Case No.: 20–10215–TPA

Chapter: 7

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Tamera Ochs Rothschild is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: August 5, 2020

<u>Thomas P. Agresti</u>
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Beth A. Cohen  
    Debtor

Case No. 20-10215-TPA  
Chapter 7

## CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: admin | Page 1 of 1 | Date Rcvd: Aug 05, 2020 |
|---|---|---|---|
| | Form ID: 129 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2020.
db         Beth A. Cohen,   309 N Market Street Apt. 8,   Sharon, PA   16146

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                       TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2020 at the address(es) listed below:
        James    Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Paula J. Cialella    on behalf of Debtor Beth A. Cohen paula@nypalaw.com, 
         jennie@nypalaw.com;kayann@nypalaw.com
        Tamera Ochs Rothschild    trothschild@gmx.com,   pa70@ecfcbis.com
        Tamera Ochs Rothschild    on behalf of Trustee Tamera Ochs Rothschild trothschild@gmx.com, 
         pa70@ecfcbis.com
                                              TOTAL: 5